**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
CASE NO. 22-10668-J**

MARY ANN GUZY,

    Appellant,

v.

QBE SPECIALTY INSURANCE
COMPANY,

    Appellee.
_____/

FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
D.C. Docket No.: 20-23169-CIV-COOKE
_____

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT BY COUNSEL FOR APPELLANT**

Pursuant to Fed. R. App. P. 26.1 and Eleventh Cir. R. 26.1, Appellant, Mary Ann Guzy, by and through her undersigned counsel, hereby files Appellant's Certificate of Interested Persons and Corporate Disclosure Statement, and identifies the following persons and entities:

    1.    Block, Jeremy Harris

    2.    Butler Weihmuller Katz Craig, LLP

    3.    Cabulea, Michaela

    4.    Cooke, Honorable Marcia C.

5. Goodman, Honorable Magistrate Jonathan

6. Guzy, Mary Ann

7. Jurgus, Tracy Ann

8. Lawrence, Jonathan Daniels

9. Lewis, William Roderick

10. Morgan, Jr., Thomas Jeremiah

11. QBE Speciality Insurance Company

12. Russomanno & Borrello, P.A.

13. Russomanno, Herman J.

14. Russomanno, III, Herman J.

15. Trivedi, Erick

Dated: March 22, 2022          Respectfully submitted,

/s/ Herman J. Russomanno III
Herman J. Russomanno III
Fla. Bar No. 21249
herman2@russomanno.com
RUSSOMANNO & BORRELLO, P.A.
Museum Tower, Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103
*Counsel for Appellant, Mary Ann Guzy*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2022, the foregoing has been served via email through the Court's e-filing system to the following appellate counsel

William Roderick Lewis, Esq.
wlewis@butler.legal
Mihaela Cabulea, Esq.
mcabulea@butler.legal
Butler Weihmuller Katz Craig, LLP
400 N ASHLEY DR STE 2300
TAMPA, FL 33602
*Counsel for Appellee, QBE Specialty Insurance Company*

/s/ Herman J. Russomanno III