# In the
# United States Court of Appeals
## For the Eleventh Circuit

No. 22-10668

MARY ANN GUZY,

                                                Plaintiff-Appellant,

*versus*

QBE SPECIALTY INSURANCE COMPANY,

                                                Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:20-cv-23169-MGC

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 2, 2023

For the Court: DAVID J. SMITH, Clerk of Court